**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. BRANDI R. HAMBLETON § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § <br> § <br> 1. EMINENT SPINE, LLC, a foreign § <br> Limited liablity company, and § <br> 2. RON OMEN, individually, § <br> § <br> Defendants. § | Civil Action No. 18-cv-38-CVE-FHM |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendants Eminent Spine, LLC and Ron Oman, erroneously named Ron Omen ("Defendants"), hereby remove the Petition filed by Plaintiff Brandi R. Hambleton in the District Court of Rogers County, Oklahoma, and would show the following:

1. On December 13, 2017, Plaintiff filed her Petition in the District Court of Rogers County, Oklahoma. Service of process occurred on or about December 27, 2017. The case is styled *Brandi R. Hambleton v. Eminent Spine, LLC, a foreign limited liability company, and Ron Omen, individually*, Case No. CJ-2017-517. A copy of the Petition is included in Defendant's Appendix to Removal, filed contemporaneously herewith. (*See* Appendix, Plaintiff's Petition Ex. 6).

2. In her Petition, Plaintiff asserts claims against Eminent Spine, LLC, a Texas limited liability company with its principal place of business in Georgetown, Texas, for its alleged violation of Title VII, negligence, and intentional infliction of emotional distress ("IIED"). Plaintiff also asserts claims against Ron Oman for IIED and malicious interference

with a contractual relationship.

3. The Court has federal question jurisdiction over this matter pursuant to 28 U.S.C. § 1331 based on Plaintiff's claim Defendants violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. Accordingly, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441. This Notice of Removal is filed in accordance with and within the time permitted by 28 U.S.C. § 1446(b). There are no other party defendants in this action other than Defendants.

4. Copies of all pleadings filed in the District Court of Rogers County, Oklahoma, shall be filed with this Court concurrently with Defendant's Notice of Removal and are attached to Defendant's Appendix to Removal, filed contemporaneously herewith. (Appendix).

5. A copy of this Notice of Removal is also being filed with the Clerk of the State Court in which this action was filed.

WHEREFORE, Defendants pray that the matter of *Brandi R. Hambleton v. Eminent Spine, LLC, a foreign limited liability company, and Ron Omen, individually*, Case No. CJ-2017-517, pending in the District Court of Rogers County, Oklahoma, be removed to this Court.

Respectfully submitted,

/s/Denelda Richardson_____ _____ _____
Denelda Richardson, OBA #20103
Rhodes Hieronymus Jones Tucker & Gable, PLLCD
P. O. Box 21100
Tulsa, OK 74121-2110
918.582.1173 (Phone)
918.592.3390 (Facsimile)
drichardson@rhodesokla.com

and

Victor N. Corpuz
Texas State Bar No. 04838450
corpuzv@jacksonlewis.com
Wendy Wilkins
Texas State Bar No. 24095715
wendy.wilkins@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, TX 75201
214.520.2400 (Phone)
214.520.2008 (Facsimile)
***Attorneys for Defendants, Eminent Spine, LLC and Ron Oman, erroneously named Ron Omen***

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2018, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (name only are sufficient):

Brendan M. McHugh, Esq.
brendan@lawinok.com

Brian R. Danker, Esq.
briandanker@dankerlaw.com

Dana Jim, Esq.
danajimlaw@gmail.com

                                            /s/Denelda Richardson
                                            Denelda Richardson