# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **BRANDI R. HAMBLETON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| V. | § | Civil Action No. 4:18-CV-38-CVE-FHM |
| | § | |
| | § | |
| **EMINENT SPINE, LLC, a foreign** | § | |
| **Limited liability company, and** | § | |
| **RON OMAN, individually,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Brandi R. Hambleton and Defendants Eminent Spine, LLC and Ron Oman (collectively "the Parties") file this stipulation and announce to the Court that they wish voluntarily to dismiss this action in its entirety with prejudice as to the refiling of the same, with each party bearing its own costs, and request that the Court enter the attached Order of Dismissal with Prejudice.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Brian R. Danker*<br>Brian R. Danker, Esq.<br>Attorney at Law<br>P.O. Box 1413<br>Inola, OK 74036<br>briandanker@dankerlaw.com<br><br>/s/ *Brendan M. McHugh*<br>Brendan M. McHugh, Esq.<br>Attorney at Law<br>P.O. Box 1392<br>Claremore, Ok 74018<br>brendan@lawinok.com<br><br>/s/ *Dana Jim*<br>Dana Jim, Esq.<br>Attorney at Law<br>P.O. Box 1011<br>Vinita, OK 74301<br>danajimlaw@gmail.com | By:   */s/ Denelda Richardson*<br>Denelda L. Richardson<br>OBA No. 20103<br>Rhodes Hieronymus Jones Tucker<br>& Gable<br>Williams Center Tower II<br>Two W. 2nd Street, Suite 1000<br>Tulsa, OK  74103<br>PH:    (918) 582-1173<br>FX:    (918) 592-3390<br>drichardson@rhodesokla.com<br><br>*/s/ Victor N. Corpuz*<br><br>Victor N. Corpuz<br>Texas State Bar No. 04838450<br>corpuzv@jacksonlewis.com<br>Wendy Wilkins<br>Texas State Bar No. 24095715<br>wendy.wilkins@jacksonlewis.com<br>Jackson Lewis P.C.<br>500 N. Akard, Suite 2500<br>Dallas, Texas  75201<br>Telephone:  (214) 520-2400<br>Fax:  (214) 520-2008 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document has been forwarded to all counsel of record by electronic filing, on the 15th day of November, 2018, as follows:

      Brendan M. McHugh, Esq.
      Attorney at Law
      P.O. Box 1392
      Claremore, Ok 74018
      brendan@lawinok.com

      Brian R. Danker, Esq.
      Attorney at Law
      P.O. Box 1413
      Inola, OK 74036
      briandanker@dankerlaw.com

      Dana Jim, Esq.
      Attorney at Law
      P.O. Box 1011
      Vinita, OK 74301
      danajimlaw@gmail.com

      /s/ *Victor Corpuz*
      ONE OF COUNSEL